JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ULIOMEREYON JONES,<br>    Petitioner,<br>    v.<br>UNITED STATES OF AMERICA,<br>    Respondent. | No.   CV 11-10170 PA<br>         CR 07-1076 PA<br><br>JUDGMENT |

Pursuant to the Order Denying Petitioner's Motion to Vacate, Set Aside, or Correct Sentence,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: August 31, 2012

                                                                  _____<br>
                                                                     Percy Anderson<br>
                                                            UNITED STATES DISTRICT JUDGE